**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ADRIAN LANDA,                                )        NO. ED CV 09-1205-E
                                             )
            Plaintiff,                       )
                                             )
     v.                                      )              **JUDGMENT**
                                             )
MICHAEL J. ASTRUE, COMMISSIONER              )
OF SOCIAL SECURITY ADMINISTRATION,           )
                                             )
                                             )
            Defendant.                       )
                                             )
 _____ )


     IT IS HEREBY ADJUDGED that the decision of the Commissioner of the
Social Security Administration is reversed in part and the matter is
remanded for further administrative action consistent with the Opinion
filed concurrently herewith.


          DATED:  December 15, 2009.


                         _____/S/_____
                                   CHARLES F. EICK
                         UNITED STATES MAGISTRATE JUDGE